UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LAWRENCE F. PETTET, JR., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-2113-RLY-TAB |
| | ) | |
| JO ANNE BARNHART, Commissioner of | ) | |
| Social Security, | ) | |
|     Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Lawrence F. Pettet, Jr. is not entitled to Disability Insurance Benefits based on his application filed on September 29, 1999, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: March 30, 2006

    RICHARD L. YOUNG, JUDGE
    United States District Court
    Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

G. Robert Wright
grwright1@ameritech.net